JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALA FELDERMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,<br><br>　　　　Defendant. | Case No. CV 17-6822 JC<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security Administration is AFFIRMED.

DATED: December 21, 2018

　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　Honorable Jacqueline Chooljian
　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE